UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| NORMAN T. POWELL, )<br><br>Plaintiff, )<br><br>vs. )<br><br>JOE BRACKBILL, et al., )<br><br>Defendants. ) | 3:07-cv-00463-LRH-RAM<br><br>ORDER |

Before the court is Plaintiff's Notice of Appeal (#66[1]) regarding the denial of Plaintiff's motion for appointment of counsel (#65), which the court will treat as an opposition to the Magistrate's Order.

The Court has conducted its review in this case, has fully considered the Plaintiff's opposition, and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling is neither clearly erroneous nor contrary to law.

The Magistrate Judge's Order (#65) will, therefore, be sustained.

IT IS SO ORDERED.

DATED this 12th day of February, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

_____
[1]Refers to the court's docket number.